UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-247-1BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER TO SEAL** |
| CHRISTOPHER CONRAD WALKER | |

On motion of the Defendant, Christopher Conrad Walker, and for good cause shown, it is hereby ORDERED that [DE 24] be sealed until further notice by this Court.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This ⁀20 day of May, 2011.

_____
TERRENCE W. BOYLE
United States District Judge